AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| LEATHA DEENER-BURKS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:10-cv-1113 |
| SUKHWINDER SINGH, SUKHCHAN SINGH | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Leatha Deener-Burks, Administrator of the Estate of Eric Burks recover from the defendant *(name)* SUKHWINDER SINGH and SUKHCHAN SINGH the amount of Two Million Three Hundred Ten Thousand dollars ($ 2,310,000 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Punitive Damages are awarded against Defendant Sukhchan Singh d/b/a PVR Transport in the amount of $100,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William W. Caldwell on a motion for Summary Judgment and Subsequent Hearing on Damages

Date: January 3, 2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*